# LAW OFFICE OF GERALD R. VELARDE, P.C.
## 2531 Wyoming Blvd NE
## Albuquerque, NM  87112
## (505) 248-0050

Joseph Earl Gingerich                                                                                          August 14, 2014
Elizabeth Ann Gingerich                                                                                                  704-1
1411 Tahoe Ct SE
Rio Rancho, NM 87124


Matter No. 704-1
Chapter 13 Bankruptcy


**Fees:**                                                                                                         Hours

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/27/14 | RB | Conference with client to review information and documents that must be produced by client to prepare chapter 13 case | 1.10 | 110.00 |
| 03/27/14 | GRV | Conference with client to discuss financial status and bankruptcy options; prepare initial means test; discuss pending foreclosure sale | 1.50 | 337.50 |
| 04/04/14 | RB | Conference with client to review information and documents produced by client to prepare chapter 13 case | 1.50 | 150.00 |
| 04/14/14 | RB | Review pay checks, P & L's, Tax returns, Retirement Statements to prepare CMI | 1.60 | 160.00 |
| 04/14/14 | RB | Prepare Statement of Business Income and Business Expenses for last 6 months | 0.50 | 50.00 |
| 04/15/14 | RB | Conference with client to review and revise Schedules, Statement of Affairs & Means Test | 1.45 | 145.00 |
| 04/15/14 | RB | Prepare letter to client re forwarding information from mortgage company on MIP | 0.25 | 25.00 |
| 04/16/14 | RB | Prepare letter to client re instructions for meeting of creditors | 0.25 | 25.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/24/14 | GRV | Review and revise Schedules, Statement of Affairs and Means Test; prepare Plan; prepare Notice of Plan | 1.60 | 360.00 |
| 04/24/14 | RB | Prepare letter to client re Chapter 13 plan & Certificate regarding requirement to file tax returns | 0.25 | 25.00 |
| 04/24/14 | RB | Prepare Certificate regarding requirement to file tax returns | 0.30 | 30.00 |
| 04/29/14 | RB | Conference with client to review Chapter 13 payment plan | 0.40 | 40.00 |
| 05/13/14 | RB | Prepare letter to client re Trustee's business packet | 0.25 | 25.00 |
| 05/14/14 | RB | Prepare letter to trustee re documents | 0.30 | 30.00 |
| 05/14/14 | RB | Prepare Confirmation Affidavit | 0.45 | 45.00 |
| 05/20/14 | GRV | Prepare Motion to Assume Contract with Verizon; prepare Notice of Motion | 0.50 | 112.50 |
| 05/20/14 | GRV | Prepare Motion to Assume Contract with Cable One; prepare Notice of Motion | 0.50 | 112.50 |
| 05/28/14 | GRV | Conference with client in preparation for creditors meeting; attend creditors meeting with clients; conference with client at conclusion of creditors meeting re additional documents and information needed | 1.45 | 326.25 |
| 06/03/14 | GRV | Review file in preparation for meeting with trustee | 1.10 | 247.50 |
| 06/03/14 | RB | Prepare letter to client re Amended Schedule F | 0.25 | 25.00 |
| 06/03/14 | RB | Prepare Amended Schedule F | 0.40 | 40.00 |
| 06/09/14 | GRV | Review file in preparation for meeting with Trustee; prepare Order Confirming Plan | 1.10 | 247.50 |
| 06/09/14 | RB | Prepare letter to MacCarthy, Holthus attorneys | 0.25 | 25.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | for Mortgage Company re notice of Bankruptcy | | |
| 06/10/14 | RB | Prepare Notice of Amendment with specification | 0.30 | 30.00 |
| 06/10/14 | RB | Prepare Notice of Creditors added by Amendment | 0.25 | 25.00 |
| 06/10/14 | RB | Prepared Notice with deadlines to creditors added by amendment | 0.30 | 30.00 |
| 06/11/14 | GRV | Conference with Chapter 13 trustee re resolution of confirmation issues | 0.75 | 168.75 |
| 06/17/14 | GRV | Prepare Order on Motion to Assume Contract with Verizon Wireless | 0.25 | 56.25 |
| 06/17/14 | GRV | Prepare Order on Motion to Assume Contract with Cable One | 0.25 | 56.25 |
| 07/21/14 | GRV | Review file in preparation for meeting with trustee | 0.40 | 90.00 |
| 07/31/14 | GRV | Prepare for preliminary hearing on confirmation; attend preliminary hearing on confirmation | 1.10 | 247.50 |
| 08/01/14 | RB | Prepare letter to client re final hearing on confirmation | 0.20 | 20.00 |
| 08/04/14 | RB | Prepare letter to client re terms of confirmed plan | 0.40 | 40.00 |
| 08/12/14 | GRV | Conference with Trustee re resolution of confirmation issues | 1.35 | 303.75 |
| 08/14/14 | GRV | Prepare Fee Application; prepare Notice of Fee Application | 0.80 | 180.00 |
| | | Hours: | 23.60 | |
| | | Total fees: | | $3,941.25 |

**Expenses:**

| Date | Atty | Description | Amount |
|---|---|---|---|
| 04/30/14 | GRV | Photocopies | 77.70 |
| 04/30/14 | GRV | Postage | 18.13 |

Matter No. 704-1  
Chapter 13 Bankruptcy  

August 14, 2014  
Page 4

| | | | | |
|---|---|---|---|---:|
| 06/10/14 | GRV | Filing Fee | | 30.00 |
| 08/14/14 | GRV | Photocopies | | 78.00 |
| 08/14/14 | GRV | Postage | | 34.56 |
| | | | Total expenses: | $238.39 |

**Tax Summary**

    Gross Receipts                    7.00% of $4,179.64             $292.57

**Billing Summary**

| | |
|---|---:|
| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 4,179.64 |
| Tax on current charges | 292.57 |
| **Total now due** | **$4,472.21** |